FILED

07/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0656

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0656

WESLEY AND KAREN TUSCANO,

Appellants,

v.

SIDNEY AND JULIAN HELVIK,

Appellees,

_____

WESLEY AND KAREN TUSCANO,

Appellants,

v.

JACQUELINE CONNER,

Appellee.

**ORDER**

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Robin Lee is granted an extension of time to and including September 5, 2024, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 23 2024